**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| JEAN JOCELYN MERILIEN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 7:08-CV-149 (HL) |
| | : | |
| Warden DARRELL HART, et al., | : | |
| | : | |
| Respondent. | : | |

## ORDER

This case is before the Court on the Recommendation (Doc. 31) of United States Magistrate Judge Richard L. Hodge on the Pre-Answer Motion to Dismiss (Doc. 11) (the "Motion") filed by Defendants Darrell J. Hart, Damita Fleming and Teresa Willis Thompson. The Magistrate Judge recommends granting in part and denying in part the Motion. The Plaintiff did not file an objection to the Recommendation. The Recommendation is adopted and made the order of this Court. The Pre-Answer Motion to Dismiss (Doc. 11) is granted in part and denied in part.

**SO ORDERED**, this the 25th day of September, 2009.


/s/ Hugh Lawson
**HUGH LAWSON, JUDGE**


jch